**Order entered August 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00196-CV

## ERNEST LANELL BRONSON, Appellant

## V.

## HSBC BANK USA, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05824-C**

## ORDER

Court Reporter Janet Wright filed a response to our inquiry regarding the reporter's record, and informed the Court that appellant has not requested a reporter's record in this appeal. Accordingly, we **VACATE** our July 26, 2019 order that orders Janet Wright to not sit as a court reporter.

We **DIRECT** the Clerk to send copies of this order to the Honorable Sally Montgomery, Presiding Judge, County Court at Law No. 3; Janet Wright, Official Court Reporter, County Court at Law No. 3; the Dallas County Auditor's Office; and counsel for all parties.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE